**Reading Horizons**
1194 Flint Meadow Drive
Kaysville, UT 84037

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/10/2023 | V4457624 |

| TOTAL NET PAY |
|---|
| ******$2,370.65 |

**Yvette C Manns**
2692 Mango Circle NW
Atlanta, GA 30318

**NOT NEGOTIABLE**

3467-SM-307-5000-5500-V4457624

| Statement of Earnings For: | Yvette C Manns | | | | | Reading Horizons 1194 Flint Meadow Drive Kaysville, UT 84037 | | |
|---|---|---|---|---|---|---|---|---|
| Employee Number | 307 | Company Id | 3467 | Period Begin | 4/16/2023 | | | |
| Pay Group | SM | Division | 5000 | Period End | 4/30/2023 | | | |
| Pay Type | Salary | Department | 5500 | Check Date | 5/10/2023 | | | |
| Fed Dep / Fed Other Inc / Fed Ded Amt / Fed Multi Job | $0.00 / $0.00 / $0.00 / No | Federal Filing / Res State GA / Work State GA / Local Filing | | Single or Married Filing Separately / Single | | Federal Block / GA Exemptions / / Local Exemptions | 1 | Federal Additional / GA Additional / / Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4457624 | $0.00 | $3,750.00 | $2,370.65 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 43.2676 | 86.67 | 3,750.00 | 780.03 | 33,750.00 | SOC SEC EE | 216.07 | 2,027.99 | Bankruptcy | 250.00 | 1,000.00 |
| *Phone Reimb | | | 25.00 | 0.00 | 225.00 | MED EE | 50.53 | 474.29 | Dental Pre-tax | 10.77 | 86.16 |
| *ER Dent PreTax | | | 10.77 | 0.00 | 86.16 | FEDERAL WH | 444.24 | 4,309.64 | Medical Pre-tax | 0.00 | 1,003.23 |
| *ER Med Pre-Tax | | | 0.00 | 0.00 | 1,003.23 | GEORGIA WH | 173.80 | 1,641.46 | FSA Medical | 127.08 | 1,095.81 |
| Commission | | | 0.00 | 0.00 | 1,857.25 | | | | Life Lock | 4.00 | 24.00 |
| Gift Card/Award | | | 0.00 | 0.00 | 50.00 | | | | RH Employee Ded | 0.00 | 20.00 |
| | | | | | | | | | EE Life & AD&D | 0.42 | 2.52 |
| | | | | | | | | | SP Life & AD&D | 0.21 | 1.26 |
| | | | | | | | | | CH Life & AD&D | 0.15 | 0.90 |
| | | | | | | | | | FSA Dep Care | 127.08 | 762.48 |
| **Total:** | | 86.67 | 3,750.00 | 780.03 | 35,657.25 | **Total:** | 884.64 | 8,453.38 | **Total:** | 519.71 | 3,996.36 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 3.3600 | Taken: | 0.00 | Balance 127.68 | Checking | Account: ####2684 | Deposit Amount: | 2,370.65 |

# Employee Pay Details

Reading Horizons

## Yvette C Manns

For Pay Period: 4/16/2023 - 4/30/2023
Pay Date: 5/10/2023

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Regular | | 86.67 | 3,750.00 | Revenue |
| | | 86.67 | 3,750.00 | |

### Reimbursements

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Phone Reimb | | | 25.00 | Revenue |
| | | | 25.00 | |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| ER Dent PreTax | | | 10.77 | Revenue |
| | | | 10.77 | |

Reading Horizons
1194 Flint Meadow Drive
Kaysville, UT 84037

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/25/2023 | V4416108 |

**TOTAL NET PAY**

******$2,370.63

**Yvette C Manns**

2692 Mango Circle NW
Atlanta, GA 30318

**NOT NEGOTIABLE**

3467-SM-307-5000-5500-V4416108

---

| Statement of Earnings For: | **Yvette C Manns** | | | | | **Reading Horizons** | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Number | 307 | Company Id | 3467 | Period Begin | 4/1/2023 | 1194 Flint Meadow Drive | | | |
| Pay Group | SM | Division | 5000 | Period End | 4/15/2023 | Kaysville, UT 84037 | | | |
| Pay Type | Salary | Department | 5500 | Check Date | 4/25/2023 | | | | |
| Fed Dep | $0.00 | Federal Filing | | Single or Married Filing Separately | | Federal Block | | Federal Additional | |
| Fed Other Inc | $0.00 | Res State GA | | Single | | GA Exemptions | 1 | GA Additional | |
| Fed Ded Amt | $0.00 | Work State GA | | | | | | | |
| Fed Multi Job | No | Local Filing | | | | Local Exemptions | | Local Additional | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4416108 | $0.00 | $3,750.00 | $2,370.63 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 43.2676 | 86.67 | 3,750.00 | 693.36 | 30,000.00 | SOC SEC EE | 216.08 | 1,811.92 | Bankruptcy | 250.00 | 750.00 |
| *Phone Reimb | | | 25.00 | 0.00 | 200.00 | MED EE | 50.54 | 423.76 | Dental Pre-tax | 10.77 | 75.39 |
| *ER Dent PreTax | | | 10.77 | 0.00 | 75.39 | FEDERAL WH | 444.24 | 3,865.40 | Medical Pre-tax | 0.00 | 1,003.23 |
| *ER Med Pre-Tax | | | 0.00 | 0.00 | 1,003.23 | GEORGIA WH | 173.80 | 1,467.66 | FSA Medical | 127.08 | 968.73 |
| Commission | | | 0.00 | 0.00 | 1,857.25 | | | | Life Lock | 4.00 | 20.00 |
| Gift Card/Award | | | 0.00 | 0.00 | 50.00 | | | | RH Employee Ded | 0.00 | 20.00 |
| | | | | | | | | | EE Life & AD&D | 0.42 | 2.10 |
| | | | | | | | | | SP Life & AD&D | 0.21 | 1.05 |
| | | | | | | | | | CH Life & AD&D | 0.15 | 0.75 |
| | | | | | | | | | FSA Dep Care | 127.08 | 635.40 |
| **Total:** | | 86.67 | 3,750.00 | 693.36 | 31,907.25 | **Total:** | 884.66 | 7,568.74 | **Total:** | 519.71 | 3,476.65 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 3.3600 | Taken: | 0.00 | Balance  124.32 | Checking | Account: ####2684 | Deposit Amount: | 2,370.63 |

## Employee Pay Details

Reading Horizons

**Yvette C Manns**

For Pay Period: 4/1/2023 - 4/15/2023
Pay Date: 4/25/2023

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Regular | | 86.67 | 3,750.00 | Revenue |
| | | **86.67** | **3,750.00** | |

### Reimbursements

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Phone Reimb | | | 25.00 | Revenue |
| | | | **25.00** | |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| ER Dent PreTax | | | 10.77 | Revenue |
| | | | **10.77** | |

**Reading Horizons**
1194 Flint Meadow Drive
Kaysville, UT 84037

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/10/2023 | V4365931 |

**TOTAL NET PAY**

******$3,534.61

**Yvette C Manns**

2692 Mango Circle NW
Atlanta, GA 30318

**NOT NEGOTIABLE**

3467-SM-307-5000-5500-V4365931

---

| Statement of Earnings For: | **Yvette C Manns** | | | | | Reading Horizons | | |
|---|---|---|---|---|---|---|---|---|
| Employee Number | 307 | Company Id | 3467 | Period Begin | 3/16/2023 | 1194 Flint Meadow Drive | | |
| Pay Group | SM | Division | 5000 | Period End | 3/31/2023 | Kaysville, UT 84037 | | |
| Pay Type | Salary | Department | 5500 | Check Date | 4/10/2023 | | | |
| Fed Dep | $0.00 | Federal Filing | | Single or Married Filing Separately | | Federal Block | | Federal Additional |
| Fed Other Inc | $0.00 | Res State GA | | Single | | GA Exemptions | 1 | GA Additional |
| Fed Ded Amt | $0.00 | Work State GA | | | | | | |
| Fed Multi Job | No | Local Filing | | | | Local Exemptions | | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4365931 | $0.00 | $5,607.25 | $3,534.61 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 43.2676 | 86.67 | 3,750.00 | 606.69 | 26,250.00 | SOC SEC EE | 331.22 | 1,595.84 | Bankruptcy | 250.00 | 500.00 |
| Commission | | | 1,857.25 | 0.00 | 1,857.25 | MED EE | 77.46 | 373.22 | Dental Pre-tax | 10.77 | 64.62 |
| *Phone Reimb | | | 25.00 | 0.00 | 175.00 | FEDERAL WH | 868.66 | 3,421.16 | Medical Pre-tax | 0.00 | 1,003.23 |
| *ER Dent PreTax | | | 10.77 | 0.00 | 64.62 | GEORGIA WH | 280.59 | 1,293.86 | FSA Medical | 127.08 | 841.65 |
| *ER Med Pre-Tax | | | 0.00 | 0.00 | 1,003.23 | | | | Life Lock | 4.00 | 16.00 |
| Gift Card/Award | | | 0.00 | 0.00 | 50.00 | | | | RH Employee Ded | 20.00 | 20.00 |
| | | | | | | | | | EE Life & AD&D | 0.42 | 1.68 |
| | | | | | | | | | SP Life & AD&D | 0.21 | 0.84 |
| | | | | | | | | | CH Life & AD&D | 0.15 | 0.60 |
| | | | | | | | | | FSA Dep Care | 127.08 | 508.32 |
| **Total:** | | 86.67 | 5,607.25 | 606.69 | 28,157.25 | **Total:** | 1,557.93 | 6,684.08 | **Total:** | 539.71 | 2,956.94 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 3.3600 | Taken: | 0.00 | Balance 120.96 | Checking | Account: ####2684 | Deposit Amount: | 3,534.61 |

## Employee Pay Details

Reading Horizons

**Yvette C Manns**

For Pay Period: 3/16/2023 - 3/31/2023
Pay Date:      4/10/2023

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Regular |  | 86.67 | 3,750.00 | Revenue |
| Commission |  |  | 1,857.25 |  |
|  |  | **86.67** | **5,607.25** |  |

### Reimbursements

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Phone Reimb |  |  | 25.00 | Revenue |
|  |  |  | **25.00** |  |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| ER Dent PreTax |  |  | 10.77 | Revenue |
|  |  |  | **10.77** |  |

**Reading Horizons**
1194 Flint Meadow Drive
Kaysville, UT 84037

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/24/2023 | V4326070 |

| TOTAL NET PAY |
|---|
| ******$2,370.64 |

**Yvette C Manns**

2692 Mango Circle NW
Atlanta, GA 30318

NOT NEGOTIABLE

3467-SM-307-5000-5500-V4326070

| Statement of Earnings For: | **Yvette C Manns** | | | | | **Reading Horizons** | | |
|---|---|---|---|---|---|---|---|---|
| Employee Number | 307 | Company Id | 3467 | Period Begin | 3/1/2023 | 1194 Flint Meadow Drive | | |
| Pay Group | SM | Division | 5000 | Period End | 3/15/2023 | Kaysville, UT 84037 | | |
| Pay Type | Salary | Department | 5500 | Check Date | 3/24/2023 | | | |
| Fed Dep<br>Fed Other Inc<br>Fed Ded Amt<br>Fed Multi Job | $0.00<br>$0.00<br>$0.00<br>No | Federal Filing<br>Res State GA<br>Work State GA<br>Local Filing | Single or Married Filing Separately<br>Single | | | Federal Block<br>GA Exemptions<br><br>Local Exemptions | 1 | Federal Additional<br>GA Additional<br><br>Local Additional |
| **Voucher Id** | **Check Amount** | **Gross Pay** | | **Net Pay** | | **Check Message** | | |
| V4326070 | $0.00 | $3,750.00 | | $2,370.64 | | | | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 43.2676 | 86.67 | 3,750.00 | 520.02 | 22,500.00 | SOC SEC EE | 216.07 | 1,264.62 | Bankruptcy | 250.00 | 250.00 |
| *Phone Reimb | | | 25.00 | 0.00 | 150.00 | MED EE | 50.54 | 295.76 | Dental Pre-tax | 10.77 | 53.85 |
| *ER Dent PreTax | | | 10.77 | 0.00 | 53.85 | FEDERAL WH | 444.24 | 2,552.50 | Medical Pre-tax | 0.00 | 1,003.23 |
| *ER Med Pre-Tax | | | 0.00 | 0.00 | 1,003.23 | GEORGIA WH | 173.80 | 1,013.27 | FSA Medical | 127.08 | 714.57 |
| Gift Card/Award | | | 0.00 | 0.00 | 50.00 | | | | Life Lock | 4.00 | 12.00 |
| | | | | | | | | | EE Life & AD&D | 0.42 | 1.26 |
| | | | | | | | | | SP Life & AD&D | 0.21 | 0.63 |
| | | | | | | | | | CH Life & AD&D | 0.15 | 0.45 |
| | | | | | | | | | FSA Dep Care | 127.08 | 381.24 |
| **Total:** | | 86.67 | 3,750.00 | 520.02 | 22,550.00 | **Total:** | 884.65 | 5,126.15 | **Total:** | 519.71 | 2,417.23 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 3.3600 | Taken: | 0.00 | Balance 117.60 | Checking | Account: ####2684 | Deposit Amount: 2,370.64 |

# Employee Pay Details

## Reading Horizons

**Yvette C Manns**

For Pay Period: 3/1/2023 - 3/15/2023
Pay Date: 3/24/2023

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Regular | | 86.67 | 3,750.00 | Revenue |
| | | **86.67** | **3,750.00** | |

### Reimbursements

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Phone Reimb | | | 25.00 | Revenue |
| | | | **25.00** | |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| ER Dent PreTax | | | 10.77 | Revenue |
| | | | **10.77** | |

Reading Horizons
1194 Flint Meadow Drive
Kaysville, UT 84037

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/10/2023 | V4282882 |

**TOTAL NET PAY**

******$2,620.64

**Yvette C Manns**

2692 Mango Circle NW
Atlanta, GA 30318

**NOT NEGOTIABLE**

3467-SM-307-5000-5500-V4282882

| Statement of Earnings For: | **Yvette C Manns** | | | | | **Reading Horizons** | | |
|---|---|---|---|---|---|---|---|---|
| Employee Number | 307 | Company Id | 3467 | Period Begin | 2/16/2023 | 1194 Flint Meadow Drive | | |
| Pay Group | SM | Division | 5000 | Period End | 2/28/2023 | Kaysville, UT 84037 | | |
| Pay Type | Salary | Department | 5500 | Check Date | 3/10/2023 | | | |
| Fed Dep | $0.00 | Federal Filing | Single or Married Filing Separately | | | Federal Block | | Federal Additional |
| Fed Other Inc | $0.00 | Res State GA | Single | | | GA Exemptions | 1 | GA Additional |
| Fed Ded Amt | $0.00 | Work State GA | | | | | | |
| Fed Multi Job | No | Local Filing | | | | Local Exemptions | | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4282882 | $0.00 | $3,750.00 | $2,620.64 | |

| **EARNINGS** | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | **TAXES** | | | **DEDUCTIONS** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 43.2676 | 86.67 | 3,750.00 | 433.35 | 18,750.00 | SOC SEC EE | 216.08 | 1,048.55 | Dental Pre-tax | 10.77 | 43.08 |
| *Phone Reimb | | | 25.00 | 0.00 | 125.00 | MED EE | 50.53 | 245.22 | Medical Pre-tax | 0.00 | 1,003.23 |
| *ER Dent PreTax | | | 10.77 | 0.00 | 43.08 | FEDERAL WH | 444.24 | 2,108.26 | FSA Medical | 127.08 | 587.49 |
| *ER Med Pre-Tax | | | 0.00 | 0.00 | 1,003.23 | GEORGIA WH | 173.80 | 839.47 | Life Lock | 4.00 | 8.00 |
| Gift Card/Award | | | 0.00 | 0.00 | 50.00 | | | | EE Life & AD&D | 0.42 | 0.84 |
| | | | | | | | | | SP Life & AD&D | 0.21 | 0.42 |
| | | | | | | | | | CH Life & AD&D | 0.15 | 0.30 |
| | | | | | | | | | FSA Dep Care | 127.08 | 254.16 |
| **Total:** | | 86.67 | 3,750.00 | 433.35 | 18,800.00 | **Total:** | 884.65 | 4,241.50 | **Total:** | 269.71 | 1,897.52 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 3.3600 | Taken: | 0.00 | Balance 114.24 | Checking | Account: ####2684 | Deposit Amount: 2,620.64 |

## Employee Pay Details

Reading Horizons

**Yvette C Manns**

For Pay Period: 2/16/2023 - 2/28/2023
Pay Date: 3/10/2023

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Regular | | 86.67 | 3,750.00 | Revenue |
| | | **86.67** | **3,750.00** | |

### Reimbursements

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| Phone Reimb | | | 25.00 | Revenue |
| | | | **25.00** | |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Division |
|---|---|---|---|---|
| ER Dent PreTax | | | 10.77 | Revenue |
| | | | **10.77** | |